# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00254-CDS-EJY |
| Plaintiff | |
| v. | **ORDER GRANTING STIPULATION TO RETURN DEFENDANT OGANES BERBERYAN'S PASSPORT** |
| OGANES BERBERYAN, | |
| Defendant | [ECF No. 88] |

Based on the parties' stipulation, IT IS HEREBY ORDERED that the United States Pretrial Services may return defendant Oganes Berberyan's passport.

Dated: December 6, 2023

_____
Cristina D. Silva
United States District Judge

[PROPOSED] ORDER RE STIPULATION TO RETURN DEFENDANT'S PASSPORT