**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OGANES BERBERYAN,

Defendant.

Case No. 2:20-cr-00254-GMN-EJY

**ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL INTERNATIONALLY**

IT IS ORDERED that Defendant Oganes Berberyan's motion is GRANTED. Mr. Berberyan is authorized to travel to the United Arab Emirates from December 7, 2026 through January 10, 2027 only for the medical evaluation detailed in the Motion. All other conditions of probation remain in full force and effect.

IT IS SO ORDERED.

DATED this 23 day of November, 2026.

Gloria M. Navarro
UNITED STATES DISTRICT JUDGE